United States Courts
Southern District of Texas
FILED

FEB 1 0 2006

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re RELIANT ENERGY ERISA LITIGATION ) <br> ) <br> ) <br> _____) <br> ) <br> This Document Relates To: All Actions ) <br> ) <br> _____) | Master File No. <br> CV-H-02-2051 <br> <u>CLASS ACTION</u> |

NOTICE OF APPEAL

Notice is hereby given that all plaintiffs, including Named Plaintiffs Brad Kirschbaum and Raymond Royer, individually and on behalf of the certified class, in the above named case hereby appeal to the United States Court of Appeals for the Fifth Circuit from: (i) the Final Order signed and entered in this action on the 18th day of January, 2006; and (ii) the Memorandum and Order granting Defendants' Motion for Summary Judgment and denying Plaintiffs' Motion for Partial Summary Judgment signed and entered in this action on the 18th day of January, 2006.

DATED February 9, 2006.

By: /s/ John G. Emerson (RAS with per mission)
John G. Emerson, Jr., Esq.
Federal ID No. 5309
SBOT No. 06602600
**EMERSON POYNTER LLP**
830 Apollo Lane
Houston, TX 77058
Tel: (281) 488-8854
Fax: (281) 488-8867

**Plaintiffs' Liason Counsel**
**Attorney In Charge**

Paul O. Paradis, Esq.
Gina Tufaro, Esq.
**ABBEY GARDY, LLP**
212 East 39th Street
New York, NY 10016
Tel: (212) 889-3700
Fax: (212) 684-5191

Robert Izard, Esq.
Eric Palmquist, Esq.
**SCHATZ & NOBEL, P.C.**
One Corporate Center
20 Church Street
Hartford, CT 06106
Tel: (860) 493-6292
Fax: (860) 493-6290

**Plaintiffs' Co-Lead Counsel**

## Certificate of Service

I hereby certify that on February 9th, 2006, I mailed to the Clerk sufficient copies of the Notice of Appeal to distribute a copy to each of the following counsel:

James Edward Maloney
Maria Wyckoff Boyce
**Baker & Botts LLP**
910 Louisiana
Suite 3000
Houston, TX 77002

David K. Isaac
**David Gerger & Associates**
700 Louisiana Street
Suite 2300
Houston, TX 77002

_____